IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-02485-RPM-MJW

PAUL JOHNSON,

Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

　　　　It is hereby ORDERED that Defendant's Unopposed Motion to Vacate Settlement Conference (document 19) is GRANTED as follows.  The settlement conference set for June 8, 2006, at 10:00 a.m. is vacated and RESET for August 10, 2006, at 1:30 p.m., in courtroom A-502.  All parties, counsel and/or representatives with full settlement authority shall be present.  Valid photo identification is required to enter the courthouse.  Confidential settlement statements shall be submitted by August 7, 2006.

Date: June 5, 2006