**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-02485-RPM-MJW

PAUL JOHNSON,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,
an Illinois corporation,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

The Court, having reviewed the parties' Stipulation of Dismissal With Prejudice filed pursuant to Fed.R.Civ.P. 41(a), and being advised, HEREBY ORDERS that all claims brought or which could have been brought in this action shall be dismissed WITH PREJUDICE. Each party shall bear his or its own attorneys' fees and costs.

DATED this 24th day of August, 2006.

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        United States District Judge